IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DWAYNE A. MCGEE,

    Plaintiff,

v.                                                                         CASE NO. 1:06-cv-00219-MP-AK

JAMES MCDONOUGH, et al.,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 4, Report and Recommendation of the Magistrate Judge, recommending that Plaintiff's complaint, Doc. 1, be dismissed for failure to pay the filing fee as required by 28 U.S.C. § 1915(g). The Magistrate Judge filed the Report and Recommendation on Wednesday, January 3, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made.

The Magistrate recommends dismissing Plaintiff's complaint because Plaintiff, who has "three strikes" under 28 U.S.C. § 1915(e)(2)(B), failed to pay the filing fee at the time he submitted the complaint. The Court agrees with the Magistrate that Plaintiff's allegations do not suggest he is under imminent danger of serious physical injury, and that dismissal is required. Therefore, having considered the Report and Recommendation, I have determined that it should be adopted. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation, Doc. 4, is adopted and incorporated by reference in this order;

2.      Plaintiff's complaint, Doc. 1, is dismissed without prejudice.

**DONE AND ORDERED** this   *7th* day of February, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge